NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEROLD LOWE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5039

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00357-EGB, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**O R D E R**

Jerold Lowe moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                LOWE v. US

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24